UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:
Tyler Whorton

CASE NO: 24-10196

**DECLARATION OF MAILING**
**CERTIFICATE OF SERVICE**

Chapter: 13

On 10/19/2026, I did cause a copy of the following documents, described below,

Hearing Notice, Application to Employ and Exhibit A

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/19/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

Tyler Whorton

CASE NO: 24-10196

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 10/19/2026, a copy of the following documents, described below,

Hearing Notice, Application to Employ and Exhibit A

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/19/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

ACIMA CREDIT
9815 SOUTH MONROE STREET
4TH FLOOR
SANDY, UT 84070

ADVANCE AMERICA
1788 HWY 1 SOUTH
GREENVILLE, MS 38701

AFFI RM, INC.
ATTN: BANKRUPTCY
650 CALIFORNIA ST, FL 12
SAN FRANCISCO, CA 94108

AFFI RM, INC.
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE, SC 29603-0587

AFFI RM, INC.
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE, SC 29603-0587

CAC FINANCIAL CORP
2601 NW EXPRESSWAY, SUITE 1000
OKLAHOMA CITY, OK 73112-7236

CARD WORKS SERVICING, LLC
ATTN: BANKRUPTCY
101 CROSSWAYS PK WEST
WOODBURY, NY 11797

CASH NET USA
175 WEST JACKSON BLVD
CHICAGO, IL 60604

CASHNETUSA
175 W JACKSON BLVD
SUITE 1000
CHICAGO, IL 60604

COMMUNITY CHOICE
1602 HWY 1 SOUTH, SUITE B
GREENVILLE, MS 38701

COMMUNITY CHOICE FINANCIAL
15 BULL STREET SUITE 200
SAVANNAH, GA 31401

DELTA HEALTH CENTER
P.O. BOX 64
HOUSTON,TX 77001

DIRECT TV
P.O. BOX 6550
ENGLEWOOD, CO 80155-6550

DIRECT TV STREAM
PO BOX 5007
CAROL STREAM, IL 60197-5007

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-9617

LEND NATION
2117 US 82
GREENVILLE, MS 38703

LOWE'S
P.O.BOX 530914
ATLANTA, GA 30353

MERRICK BANK
RESURGENT CAPITAL SERVICES
PO BOX 10368
GREENVILLE, SC 29603-0368

PHILLIPS & COHEN ASSOCITES, LTD
MAIL STOP 147
1002 JUSTISON STREET
WILMINGTON, DE 19801-5148

PLANTERS BANK
424 WASHINGTON AVE
GREENVILLE, MS 38701

REGIONS BANK
P.O. BOX 11407
BIRMINGHAM, AL 35206

SPEEDY CASH
1015 US 82
GREENVILLE, MS 38701

SPEEDY/RAPID CASH
15 BULL STREET SUITE 200
SAVANNAH, GA 31401

SUDDENLINK
318 MAIN STREET
GREENVILLE, MS 38701

SUNRISE CREDIT SERVICES, INC.
ATTN: BANKRUPTCY
260 AIRPORT PLAZA
FARMINGDALE, NY 11735

SYNCB/CAR CARE BRUNEEL
ATTN: BNAKRUPTCY
PO BOX 965060
ORLANDO, FL 32896

SYNCHRONY BANK
BY AIS INFOSOURCE LP AS AGENT
PO BOX 4457
HOUSTON, TX 77210-4457

TOWER LOAN OF GREENVILLE
PO BOX 320367
FLOWOOD, MS 39232

TOWER LOAN OF MISSISSIPPI, LLC
P.O. BOX 320001
FLOWOOD, MS 39232

VERIZON
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 4457
HOUSTON, TX 77210-4457

VERIZON WIRELESS
1247 BROADWAY
SONOMA, CA 95476

CM/ECF bvhrg11
(12/14/23)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In Re: Tyler Wayne Whorton<br>Debtor(s) | )<br>)<br>)<br>)<br>) | Case No.: 24−10196−SDM<br>Chapter: 13<br>Judge: Selene D. Maddox |

PLEASE TAKE NOTICE that a hearing will be held at

Go to Zoom.us/join, Enter Meeting ID 160 853 64415, and Passcode 3699380, OR call (646) 828−7666

on 11/24/26 at 10:00 AM

Responses Due: 11/9/26

to consider and act upon the following:

***46*** **–** Application to Employ Morgan & Morgan as Special Counsel Filed by Thomas C. Rollins Jr. on behalf of Morgan & Morgan. (Attachments: # 1 Exhibit A) (Rollins, Thomas)

**This hearing will be conducted by VIDEO.** For procedures regarding video hearings, please see the Standing Order Regarding Video Hearings Before Judge Selene D. Maddox available on the Standing Orders page of the Court's website at www.msnb.uscourts.gov.

Should any party receiving this notice respond or object to said motion such response or objection is required to be filed with the Clerk of this court and served on the Attorney for Movant on or before said response due date. If any objection or response is filed, an evidentiary hearing will be held on the above mentioned date regarding any facts not stipulated to by the parties. If no objection or response is filed, the Court may consider said motion immediately after the objection or response due date. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney.

A copy of the motion is required to be served pursuant to Rules 9013 and 9014. THE MOVING PARTY'S ATTORNEY IS REQUIRED BY THE STANDING ORDER TO PERFORM NOTICING AS TO SAID MOTION, THE NOTICE OF HEARING, AND THE OBJECTION DEADLINE, ACCORDING TO THE TERMS OF SAID STANDING ORDER. Please see the Standing Order available at:
http://www.msnb.uscourts.gov/sites/msnb/files/so_notic_revised.pdf

Dated: 10/14/26

Shallanda J. Clay
Clerk, U.S. Bankruptcy Court

BY: KMS
Deputy Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Tyler Whorton, Debtor** **Case No. 24-10196-SDM**
**CHAPTER 13**

**APPLICATION TO BE EMPLOYED AS SPECIAL COUNSEL**

COMES NOW, Morgan & Morgan ("Applicant"), by and through undersigned counsel, and pursuant to 11 U.S.C. §327(e) and F.R.B.P. 2014(a), files this Application to be Employed Special Counsel in the above Chapter 13 bankruptcy case and in support hereof would show unto the Court the following, to wit:

1. That Morgan & Morgan represents that in the administration of the above referenced Debtors' estate, it has been determined necessary to employ Special Counsel to provide assistance with the prosecution of the Debtor's personal injury claim.

2. That the Applicant desires to be employed to render services in connection with the claim as Special Counsel for the Debtor.

3. That it would be in the best interests of the estate that said firm be employed.

4. An attorney for Morgan & Morgan has attached his affidavit hereto, stating that the firm is a disinterested party to Debtor's estate. See Exhibit "A".

5. That in consideration of said representation, Morgan & Morgan will receive a contingency fee and reimbursement of costs, the total of which will not exceed 50% of the total recovery.

WHEREFORE PREMISES CONSIDERED, Applicant prays that the Court enter an Order authorizing the employment of Morgan and Morgan as Special Counsel for the Debtor under the provisions set forth herein and by Order of this Court.

Respectfully submitted,

Morgan & Morgan, APPLICANT

BY:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Tyler Whorton, Debtor** **Case No. 24-10196-SDM**
**CHAPTER 13**

**AFFIDAVIT OF ATTORNEY**

STATE OF MISSISSIPPI

COUNTY OF Hinds

John A. Waits of Morgan and Morgan, being first duly sworn in connection with the application of the Debtor that I be employed as Special Counsel for the above referenced Debtor to perform services in the aforesaid styled and numbered matter, do herby state:

1. That, to the best of my knowledge, I represent no interest adverse to said Debtor, Trustee or the Estate of the Debtor in the matters upon which I am to be engaged and that I am a disinterested party, except as set out below.
2. That, to the best of my knowledge, I have no connection or affiliation with the Debtor, Trustee, creditors, or other parties in interest herein, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except as set out below.
3. That said services shall be rendered under a contingent fee agreement.
4. That for the purposes of full disclosure, the following exceptions and notations are made, to-it:
   a. As Special Counsel for Debtor, I will perform legal services in connection with the prosecution of Debtor's post-petition personal injury claim.

FURTHER, AFFIANT SAITH NOT.

Dated this the 13th day of October, 2026.

X [signature]

By: John A. Waits

SWORN TO AND SUBSCRIBED BEFORE ME, this the 13th day of October, 2026.

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 379734
AMY UPTON SANDERS
Commission Expires
Oct. 16, 2027
HINDS COUNTY

[signature]

NOTARY PUBLIC